JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kutayba Y. Alghanim,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Bassam Y. Alghanim,<br><br>　　　　　Respondent. | No.  2:23-cv-10196-MWF-JDE<br><br>**JUDGMENT AGAINST RESPONDENT BASSAM Y. ALGHANIM** |

On March 19, 2024, the Court **GRANTED** Petitioner Kutayba Y. Alghanim's Petition to Confirm a Foreign Arbitration Award. (Prior Order, Docket No. 45).  In the Prior Order, the Court confirmed the foreign arbitration award in the amount of $31,360,254.36 and awarded Petitioner attorney fees and other costs, prejudgment interest, and post-judgment interest.  (*Id.* at 4–5). The Court ordered Petitioner to file a motion pursuant to Rule 54(d) to address the amount of the attorneys' fees and other costs that he sought.  (*Id.* at 5).

On May 8, 2024, the Court **GRANTED** Petitioner's Motion for Attorney Fees and Costs.  (Docket No. 54).

Good cause having been shown and pursuant to Federal Rule of Civil Procedure 54, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

judgment be entered in favor of Petitioner and against Respondent as follows:

Respondent shall pay Petitioner:

1. $31,360,254.36 under the Seventh Award;

2. $122,590 in attorneys' fees

3. $4,847.42 in costs;

4. $927,507.45 in prejudgment interest;

5. Post-judgment interest to accrue at the rate of 5.19% compounded annually on the entire amount of the judgment, which is $32,415,199.23.

IT IS FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment.

DATED: May 8, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

2