1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 | KUTAYBA Y. ALGHANIM, | Case No. CV 23-10196-MWF(JDEx) |
| 12 | Plaintiff, | **AMENDED FINAL JUDGMENT AGAINST RESPONDENT BASSAM Y. ALGHANIM** |
| 13 | v. | |
| 14 | BASSAM Y. ALGHANIM, | |
| 15 | Defendant. | |

16
17       On March 19, 2024, the Court granted Petitioner Kutayba Y. Alghanim's
18 Petition to Confirm a Foreign Arbitration Award.  Dkt. No. 45.  In that Order, the
19 Court confirmed the foreign arbitration award in the amount of $31,360,254.36 and
20 awarded Petitioner attorneys' fees and costs, prejudgment interest, and post-judgment
21 interest.  *Id.* at 4-5.  The Court ordered Petitioner to file a motion pursuant to Federal
22 Rule of Civil Procedure 54(d) to address the amount of the attorneys' fees and other
23 costs that he sought.  *Id.* at 5.  Petitioner filed his Motion for Attorneys' Fees and
24 Costs on March 28, 2024.  Dkt. No. 47.
25       On May 8, 2024, the Court granted Petitioner's Motion for Attorneys' Fees and
26 Costs.  Dkt. No. 54.  The Court also issued Final Judgment in favor of Petitioner and
27 against Respondent Bassam Y. Alghanim.  Dkt. No. 55.
28

On June 4, 2024, the Parties filed their Joint Submission Regarding [Proposed] Amended Final Judgment requesting that the Court amend the Final Judgment pursuant to Federal Rule of Civil Procedure 59(e).

Good cause having been shown and pursuant to Federal Rules of Civil Procedure 54 and 59, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that an amended final judgment be entered in favor of Petitioner and against Respondent as follows:

Respondent shall pay Petitioner:

1. $31,360,254.36 under the Seventh Award;
2. $122,590 in attorneys' fees
3. $4,847.42 in costs;
4. $927,507.45 in prejudgment interest;
5. Post-judgment interest to accrue at the rate of 5.19% compounded annually on the unpaid amount of the judgment.

**IT IS FURTHER ORDERED** that, any partial payments toward satisfaction of the judgment will first be applied to post-judgment interest, if any, accrued (but not already paid) at the time of the payment, and then to the then-remaining dollar amount of the Final Judgment.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 62(a), execution on this judgment and proceedings to enforce it are stayed until June 9, 2024.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment.

**IT IS SO ORDERED.**

Dated:  June 4, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28